| | |
|---|---|
| **JONATHAN SLAUGHTER** | **CIVIL ACTION NO.** |
| **VERSUS** | **17-1652-SDD-EWD** |
| **IMPERIAL FIRE & CASUALTY INSURANCE COMPANY** | |

*APPLIES TO:*

| | |
|---|---|
| 3:18-cv-00310-SDD-EWD | *Boyd vs. Imperial Fire & Casualty Insurance Company* |
| 3:18-cv-00392-SDD-EWD | *Rougon v. Imperial Fire and Casualty Ins. Co.* |
| 3:18-cv-00388-SDD-EWD | *Navarre v Imperial Fire and Casualty Insurance Company* |
| 3:18-cv-00200-SDD-EWD | *Bevan v. Imperial Fire and Casualty Insurance Company* |
| 3:18-cv-00158-SDD-EWD | *Hunsucker v Imperial Fire and Casualty Insurance Company* |

## TELEPHONE CONFERENCE REPORT AND ORDER

The parties participated in a telephone discovery conference with the undersigned on October 3, 2018.

**PRESENT:** **Jacob Young**
Counsel for certain consolidated plaintiffs

**Keith Detweiler**
Jacqueline C. Crutcher
Counsel for Imperial Fire & Casualty Insurance Company

The issues raised in the Motion for Discovery Conference (the "Motion"),[1] filed by defendant Imperial Fire & Casualty Insurance Company of the Southeast ("Imperial") were discussed.

Counsel for the plaintiffs requested an additional thirty (30) days to supplement the disclosures required under the Limited Scheduling Order.

**IT IS HEREBY ORDERED** that by no later than **November 5, 2018**, the plaintiffs in the above-listed cases shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

---

[1] R. Doc. 41.

CV36aT0:15

**IT IS FURTHER ORDERED** that, in the above-listed cases, the time for Imperial to provide a response to plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **December 5, 2018.**

**IT IS FURTHER ORDERED t**hat information and responses to settlement demands required under this Order shall be provided on a rolling basis.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 5, 2018.

*[signature]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**